ANITA PIZA, Respondent, *v.* DAVID LUBELSKY, Appellant.

*Piza* v. *Lubelsky,* 126 App. Div. 916, affirmed.
(Argued May 7, 1909; decided May 20, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 11, 1908, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to compel specific performance of a contract for the sale of real property.

*Robert C. Beatty* for appellant.

*Arnold Charles Weil* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur: GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ. Absent: CULLEN, Ch. J.

---

JAMES C. RUSSELL et al., as Executors of THOMAS RUSSELL, Deceased, Appellants, *v.* EDMUND R. HERRICK et al., Defendants, and ELIOT NORTON, Respondent.

*Russell* v. *Herrick,* 127 App. Div. 503, reversed.
(Argued March 4, 1909; decided June 1, 1909.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July 10, 1908, which reversed a judgment in favor of plaintiffs entered upon a verdict directed by the court and an order denying a motion for a new trial and granted a new trial in an action to recover upon certain promissory notes.

*John Ewen* for appellants.

*Robert Thorne* for respondent. .

Order of Appellate Division reversed and judgment at Trial Term affirmed, on dissenting opinion of HOUGHTON, J., in Appellate Division, with costs in both courts.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.